IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIFELA RIVERA FERNANDEZ, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 13-5049 |
| CAROLYN W. COLVIN, Commissioner of Social Security, | : |
| Defendant | : |

FILED
MAY 19 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW this 18th day of May, 2015, upon consideration of the Report and Recommendation of Magistrate Judge Richard A. Lloret, and upon careful and independent consideration of the Plaintiff's claims and the Defendant's response it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED.

2. The Plaintiff's request for judicial review is GRANTED.

3. The final decision of the Commissioner is REVERSED, and the matter is REMANDED for further proceedings consistent with the Report and Recommendation.

SO ORDERED.

HON. MARY A. MCLAUGHLIN
U.S. District Court Judge